Matter of Lichtman v Ceravolo (2023 NY Slip Op 03603)

Matter of Lichtman v Ceravolo

2023 NY Slip Op 03603

Decided on June 30, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 30, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., PERADOTTO, CURRAN, OGDEN, AND GREENWOOD, JJ.

346 CAF 22-01163

[*1]IN THE MATTER OF MITCHEL LICHTMAN, PETITIONER-APPELLANT,
v
MARIATERESA CERAVOLO, RESPONDENT-RESPONDENT, AND DAVID LEFEBVRE, RESPONDENT. (APPEAL NO. 2.) 

KELLY WHITE DONOFRIO LLP, ROCHESTER (DONALD A. WHITE OF COUNSEL), FOR PETITIONER-APPELLANT.
GALLO & IACOVANGELO, LLP, ROCHESTER (CRAIG D. CHARTIER OF COUNSEL), FOR RESPONDENT-RESPONDENT.
MARYBETH D. BARNET, MIDDLESEX, ATTORNEY FOR THE CHILDREN. 

 Appeal from an order of the Family Court, Ontario County (Brian D. Dennis, J.), entered May 27, 2022, in a proceeding pursuant to Family Court Act article 6. The order granted an order of protection against petitioner. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Matter of Ceravolo v Lefebvre ([appeal No. 1] — AD3d — [June 30, 2023] [4th Dept 2023]).
Entered: June 30, 2023
Ann Dillon Flynn
Clerk of the Court